RECEIVED
IN LAKE CHARLES, LA

AUG 30 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ADRIAN MITCHELL<br>FED. REG. # 04705-061 | CIVIL ACTION NO. 2:11-cv-91<br>SECTION P |
| vs. | JUDGE PATRICIA MINALDI |
| J.P. YOUNG | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly, it is ORDERED that the Petition for Writ of *Habeas Corpus* **IS DENIED and DISMISSED WITHOUT PREJUDICE** as the petitioner has failed to fully exhaust administrative remedies.

Lake Charles, Louisiana, this ____ day of _____, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE